NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3196

DAVID KENNEY,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in DE3443080351-I-1.

ON MOTION

ORDER

Upon consideration of the Department of Homeland Security's unopposed motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1)    The motion is granted. The revised official caption is reflected above.

(2)    The respondent should calculate its brief due date from the date of filing of this order.

SEP - 2 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    David Kenney
       Stacey K. Grigsby, Esq.
       Joyce Friedman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK